No. 992. CHESAPEAKE & OHIO RAILWAY CO. *v.* LUD-WIG, GUARDIAN, ET AL. C. A. 6th Cir. Certiorari denied. *Robert A. Straub* for petitioner. *John von Batchelder* for respondents.

No. 1003. LOCKE *v.* RIVER LINES, INC. C. A. 9th Cir. Certiorari denied. *Edward R. Kay* for petitioner. *Graydon S. Staring* for respondent.

No. 1007. CHARLESTON COMMUNITY MEMORIAL HOSPITAL *v.* DARLING. Sup. Ct. Ill. Certiorari denied. *Jack E. Horsley* and *Fred H. Kelly* for petitioner. *Stanford S. Meyer* for respondent.

No. 1019. GREEN ET AL. *v.* OSGOOD-LEWIS-PERKINS, INC. Sup. Ct. Neb. Certiorari denied. *William L. Walker* for petitioners. *James R. Hoover* for respondent.

No. 889. RIESS ET UX. *v.* MURCHISON ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted and the judgment of the United States Court of Appeals for the Ninth Circuit reversed. *Max Frank Deutz* for petitioners. *John J. Quinn, Jr.,* for respondents.

No. 932. GOODMAN ET UX. *v.* FUTROVSKY ET AL. Sup. Ct. Del. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACK are of the opinion that certiorari should be granted. *Leonard S. Goodman, pro se,* and for other petitioner. *Leroy A. Brill* and *William S. Potter* for respondents Cohen et al.